UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID STRUSMAN,

                Plaintiff,

    -v-

NYU LANGONE HOSPITALS, CHARLES CATANZARO, *in his individual and official capacities*, BEVERLY TAVARES, *in her individual and official capacities*, and KALI ROBINSON, *in her individual and official capacities*,

                Defendants.
------------------------------------------------------------------X

19-cv-9450 (LL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

LEWIS J. LIMAN, United States District Judge:

WHEREAS the parties are scheduled to appear for a hearing in this matter on February 10, 2020 at 11:45 a.m.; and

WHEREAS the Court has a scheduling conflict with the hearing;

IT IS HEREBY ORDERED that the hearing is ADJOURNED to February 10, 2020 at 2:30 p.m.

SO ORDERED.

Dated: February 6, 2020
      New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge